B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                    ,
        Debtor

Case No. 15-15445

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Retail Properties of America Inc  880 G Shoppers Way, Largo, MD 20774 | Kenneth Baker General Manager 880 G Shoppers Way Largo, MD 20774 301-324-0514 | Contract-Commerical Lease | Disputed | $146,000.00 |

Date:  April 15, 2015

TD Burger LLC
Debtor

[Declaration as in Form 2]

FILED
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                        ,                              Case No. _____
             Debtor
                                                                           Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Pepco<br>701 9th St NW<br>Washington, DC 20068 | | Utility Contract | unliquidated | $2,600.00 |

Date:  April 15, 2015

TD Burger LLC   /s/
                Debtor

[*Declaration as in Form 2*]



FILED
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                              ,                    Case No. _____
             Debtor
                                                                       Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Washington Gas 101 Constitution Ave NW Washington, DC 20080 | 703-750-1000 | Utility Contract | | $3021.00 |

Date:  April 15, 2015                              _____
                                                    TD Burger LLC
                                                          Debtor

**FILED**

APR 1 6 2015

*[Declaration as in Form 2]*

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC          ,          Case No. _____
         Debtor
                                         Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HVAC Precision 7610 Lindbergh Gaitherburg, MD 20879 | 301-921-9300 | Contract | | $1494.89 |

Date: April 15, 2015

TD Burger LLC
         Debtor

*[Declaration as in Form 2]*

FILED
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re   TD Burger LLC                    ,
                Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roberts Oxygen 15830 Redland Gaithersburg, MD 20855 | 301-948-8100 | Contract | | $1272.72 |

Date:  April 15, 2015

TD Burger LLC
      Debtor

*[Declaration as in Form 2]*

**FILED**

APR 1 6 2015

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC  ,
                 Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| State of MD Liquor License 9200 Basil Ct Room 420 Largo, MD 20774 | | Tax Liability | | $365.00 |

Date:  April 15, 2015

TD Burger LLC
Debtor

[*Declaration as in Form 2*]

**FILED**

APR 1 6 2015

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC ,  
        Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| State of MD DLLR 1100 N.Eutaw St Baltimore, MD 21201 | | Tax Liability | | $39,000.00 |

Date: April 15, 2015

_____  
TD Burger LLC  
Debtor

*[Declaration as in Form 2]*

FILED  
APR 1 6 2015  
U.S. BANKRUPTCY COURT  
DISTRICT OF MARYLAND  
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re  TD Burger LLC ,  
            Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| State of MD DLLR | | Payroll debt | | $232.00 |

500 N.Calvert St  
Ste 406  
Baltimore, MD

Date: April 15, 2015

TD Burger LLC  
    Debtor

*[Declaration as in Form 2]*

**FILED**

APR 1 6 2015

U.S. BANKRUPTCY COURT  
DISTRICT OF MARYLAND  
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC          ,
          Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Comptroller Rev. Admin Div 110 Carroll St. Annapolis, MD 21411 | | Sales and Use Tax Liability | | $9632.00 |

Date: April 15, 2015

TD Burger LLC
          Debtor

[*Declaration as in Form 2*]

FILED
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                ,                         Case No. _____
               Debtor
                                                              Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Verizon<br>PO Box 660720<br>Dallas, TX 75266 | | Contract | | $923.00 |

Date: April 15, 2015

TD Burger LLC
Debtor

*[Declaration as in Form 2]*

**FILED**
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                ,
        Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060 | | Contract | | $409.00 |

Date: April 15, 2015

TD Burger LLC
       Debtor

[Declaration as in Form 2]

**FILED**
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  TD Burger LLC                              ,
　　　　　　　　Debtor

Case No. _____

Chapter  11  

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PG County Personal Prop | | Tax | | $185.00 |
| 14741 Gov.OdenBowie Dr. Upper Marlb | 20772 | | | |

Date: April 15, 2015

TD Burger LLC
　　　Debtor

*[Declaration as in Form 2]*

FILED
APR 1 6 2015
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT