IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Greenbelt Division)</u>

| | | |
|---|---|---|
| In re | * | |
| TD BURGER, LLC, | * | Case No. 15-15445-WL |
| | | (Chapter 11) |
| Debtor. | * | |

* * * * * * * * * * * * *

**NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX,
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS,
<u>AND RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Capital Centre, L.L.C. hereby appears in the above-captioned case by Matthew G. Summers and Ballard Spahr LLP.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> Matthew G. Summers, Esquire
> Ballard Spahr LLP
> 300 East Lombard Street, 18th Floor
> Baltimore, Maryland 21202
> Tel: (410) 528-5600
> Fax: (410) 528-5650
> E-mail: summersm@ballardspahr.com
>
> *Attorneys for Capital Centre, L.L.C.*

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

DMEAST #21651094 v1

**PLEASE TAKE FURTHER NOTICE** that Capital Centre, L.L.C. intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Capital Centre, L.L.C. is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  April 23, 2015

/s/ Matthew G. Summers
Matthew G. Summers
 Fed. Bar No. 26572
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5679
Fax: (410) 528-5650
E-mail: summersm@ballardspahr.com

*Attorneys for Capital Centre, L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2015, a copy of the foregoing Notice of Appearance was served via this Court's ECF system.

/s/ Matthew G. Summers
Matthew G. Summers
