# TD BURGER, LLC

## CERTIFICATE OF LLC RESOLUTION

---

The undersigned Members of TD Burger, an LLC, duly organized under the laws of Maryland (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on January 3, 2012, and that such resolutions have not been modified or rescinded as of the date hereof:

1.   RESOLVED that Timothy Dean, is hereby authorized to file a Chapter 11 Reorganization Bankruptcy on behalf of TD Burger, LLC, due to its present financial condition. The goal of the Reorganization will be to discharge certain unsecured debts, pay the taxing bodies over the life of the Chapter 11 Plan to be proposed and approved in due course.

2.   RESOLVED that Timothy Dean shall be the officer/member of TD Burger, LLC in charge of managing all aspects of the Chapter 11.

Date: April 15, 2015

By: _____
Timothy Dean,

Member of TD Burger LLC