**United States Bankruptcy Court**
**_____ District Of \_Maryland_____**

|  |  |
|---|---|
|  | Case No. \_15-15445\_\_\_\_ _____ |
|  | Chapter \_\_\_\_11\_\_\_ |
| In re \_TD Burger LLC_____, Debtor | _____ |

**TD Burger LLC**
**Statement of Operations**
**For the Years Ending March 31, 2014 and March 31, 2015**

|  | **2014** | **2015** |
|---|---|---|
| Revenues |  |  |
| Net Services Revenue | $200,000 | $34,750 |
| Premium Revenue | xxx | xxx |
| Other Operating Revenue | xxx | xxx |
| Total Reveneues from Operations | $200,000 | $34,750 |
| Operating Expenses |  |  |
| Salaries and Benefits | $65,339 | $10,773 |
| Supplies | 36000 | 9000 |
| Insurance | 10,800 | 2,700 |
| Depreciation | xxx | xxx |
| Interest | xxx | xxx |
| Provision for Bad Debts | xxx | xxx |
| Other Operating Expenses-Rent | 79,692 | 21,783 |
| Total Expenses from Operations | 191,831 | 44,256 |
|  |  |  |
| Excess of Revenues Over Expenses | $8,169 | -$9,505 |
|  |  |  |
| Unrestricted Contributions | xxx | xxx |
| Transfers to Parent | xxx | xxx |
| Other Non-Operating Changes | xxx | xxx |
|  |  |  |
| Increase/(Decrease) in Unrestricted Net Assets | 8,169 | -9,505 |